| | | | |
|---|---|---|---|
| Case No. | **2:17-cv-04822-JVS (MAA)** | Date: | **July 29, 2019** |
| Title | **John Archer v. CC 1 Pixley** *et al.* | | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Why Plaintiff's Motion for "Next Friend" Should Not Be Denied (ECF No. 55)

     On June 25, 2019, Plaintiff John Archer ("Plaintiff") filed a Motion for "Next Friend." ("Motion," ECF No. 55.) The Motion requests the Court appoint inmate Joel Brandon as Plaintiff's "Next Friend." (*Id*. at 2.)

     In federal court "parties may plead and conduct their own cases personally . . . ." 28 U.S.C. § 1654. However, "[i]t is well established that the privilege to represent oneself *pro se* provided by § 1654 is personal to the litigant and does not extend to other parties or entities." *Simon v. Hartford Life & Accident Ins. Co.*, 546 F.3d 661, 664 (9th Cir. 2008).

     The Motion does not contend that Mr. Brandon is an attorney. As a non-attorney, Mr. Brandon has no authority to appear on behalf of anyone else in federal court. *See United States v. French*, 748 F.3d 922, 933 (9th Cir. 2014). Mr. Brandon "may not use the 'next friend' vehicle to engage in the unauthorized practice of law by acting as a *pro se* 'next friend.'" *DeDen v. AG of Cal.*, No. CV 17-4123-VAP (PLA), 2017 U.S. Dist. LEXIS 87693, at *6 (C.D. Cal. June 7, 2017). Indeed, Local Rule 83-2.2.1 expressly prohibits a *pro se* litigant from delegating his or her *pro se* representation "to any other person -- even a spouse, relative, or co-party in the case. A non-attorney guardian for a minor or incompetent person must be represented by counsel." C.D. Cal. L.R. 83-2.2.1.

     Based on the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** by **August 28, 2019** why the Court should not deny the Motion.

It is so ordered.

|  | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |