1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

11   JOHN ARCHER,                          Case No. 2:17-cv-04822-JVS (MAA)
12              Plaintiff,
13         v.                              **ORDER ACCEPTING FINDINGS AND
                                           RECOMMENDATIONS OF UNITED
14   CCI PIXLEY *et al.*,                   STATES MAGISTRATE JUDGE**
15              Defendants.
16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Sixth Amended

18   Complaint (ECF No. 54), the other records on file herein, the Report and

19   Recommendation of United States Magistrate Judge (ECF No. 59), and Plaintiff's

20   Objections to Magistrate's Report and Recommendation (ECF No. 60).

21   After conducting a *de novo* review of the portions of the Report and

22   Recommendation to which Objections were directed, the Court concurs with and

23   accepts the findings and conclusions of the Magistrate Judge.

24         IT THEREFORE IS ORDERED that:

25             1.  The Report and Recommendation of United States Magistrate Judge is

26                 ACCEPTED and ADOPTED;

27             2.  The Sixth Amended Complaint is DISMISSED without leave to

28                 amend; and

3. Judgment shall be ENTERED dismissing the entire action with prejudice.

DATED: November 05, 2019

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE