# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARCHER,<br><br>                Plaintiff,<br><br>    v.<br><br>CCI PIXLEY *et al.*,<br><br>                Defendants. | Case No. 2:17-cv-04822-JVS (MAA)<br><br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the Sixth Amended Complaint and entire action are DISMISSED with prejudice.

DATED: November 05, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE